UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose Antonio SERRATOS–MARENTES,
aka Jose Antonio M. Serrato,
Defendant–Appellant.

No. 06–10601.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 20, 2007[*].

Filed Feb. 22, 2007.

Tracy A. Hino, Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Peter C. Wolff, Jr., Esq., Loretta A. Faymonville, Federal Public Defender's Office, Honolulu, HI, for Defendant–Appellant.

Before BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM [**]

Jose Antonio Serratos–Marentes appeals from the 18–month sentence imposed fol-

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provid-

lowing his guilty plea to illegal reentry of a deported alien in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we vacate and remand.

Serratos–Marentes contends that, in light of the Supreme Court's recent decision in *Lopez v. Gonzales,* —— U.S. ——, 127 S.Ct. 625, 633, 166 L.Ed.2d 462 (2006), the district court improperly imposed an eight-level increase under U.S.S.G. § 2L1.2(b)(1)(C) for his prior state felony drug possession conviction under California Health & Safety Code § 11350(a), because his crime was only a misdemeanor under the federal Controlled Substances Act. The government agrees that this case should be remanded for re-sentencing in light of *Lopez.* We vacate the sentence and remand for re-sentencing.

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we additionally instruct the district court on remand to delete from the judgment the incorrect reference to 8 U.S.C. § 1326(b)(1). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir. 2000) (remanding sua sponte to delete the reference to § 1326(b)).

The mandate shall issue forthwith.

**VACATED and REMANDED.**

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.